Geri Lynn Green (SBN 127709)
LAW OFFICES OF GERI LYNN GREEN
5214-F Diamond Hts. Blvd., #332
San Francisco, CA 94131-2175
Telephone: (415) 575-3235
Facsimile:  (415) 648-7648
E-mail: gerigreen@earthlink.net

Attorneys for Plaintiff
VERDELLA SHAW

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELLA SHAW, individually and as a representative of the ESTATE OF MAURICE SHAW,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY, a municipality; et al.,<br><br>　　　　Defendants. | Case No.: 2:01-cv-1668 MCE PAN<br><br><br><br><br>**ORDER** |

　　Wherefore GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT defendant T. Baxter Dunn's Terms of Supervised Release are modified to allow him to comply with the trial subpoena issued for his attendance in the matter of *Shaw vs. San Joaquin County,* et.al. Case No. CIV. S-01-1668 MCE.

SO ORDERED.

DATED:  February 10, 2006

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE