UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 2, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

            AMENDED JUDGMENT IN A CIVIL CASE

Shaw

        v.    CASE NUMBER:  CIV S-01-1688 MCE PAN

San Joaquin County, et al

**XX** -- Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

  IT IS ORDERED AND ADJUDGED

    THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
    WITH THE JURY VERDICT RENDERED 1/19/06 and 2/22/06.

                JACK L. WAGNER,
                CLERK OF COURT

**ENTERED:** **March 2, 2006**

                **by:**_____
                **K. Yin, Deputy Clerk**