```
OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
QUENDRITH L. MACEDO, CSB #179167
Deputy County Counsel
GILBERTO GUTIERREZ, CSB #85795
Litigation Deputy
Courthouse – Room 711
222 East Weber Avenue
Stockton, California  95202
Telephone: (209) 468-2980

WILLIAM D. JOHNSON, SBN #76909
A PROFESSIONAL LAW CORPORATION
6 South El Dorado Street, Suite 600
Stockton, California  95202
Telephone: (209) 466-7745
Facsimile: (209) 466-7798
Email: bill@wdjlaw.com

Attorneys for Defendants:
COUNTY OF SAN JOAQUIN, SAN
JOAQUIN COUNTY SHERIFF'S DEPARTMENT
```

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELLA SHAW individually and as representative of the ESTATE OF MAURICE SHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, et al.<br><br>Defendants. | CASE NO. 2:01-cv-1668 MCE-PAN<br><br>**STIPULATION AND ORDER STAYING EXECUTION OF JUDGMENT UNTIL APRIL 30, 2006** |

The jury in the above-entitled action having returned a verdict in favor of plaintiff of $758,200 against defendants San Joaquin County, Baxter Dunn, and Robert Hart, M.D. and the jury having returned a punitive damage verdict against Robert Hart, M.D. of $100,000 and the automatic stay of

1

execution pursuant to Federal Rule of Civil Procedure 62(a) expiring on Thursday, March 9, 2006, Robert Hart, M.D. having applied to the Board of Supervisors of San Joaquin County under Government Code section 825(a) seeking authorization by the Board of Supervisors to pay the punitive damages award against him and Robert Hart, M.D. agreeing not to move or encumber any of the assets listed in his financial statement filed with the Court on February 14, 2006 until April 30, 2006; IT IS HEREBY STIPULATED by and between the parties plaintiff Verdella Shaw, through her counsel Geri Green, Esq. and defendants San Joaquin County, Baxter Dunn, and Robert Hart, M.D., by and through their counsel William D. Johnson, Esq. that the stay of execution in the above-entitled action be extended until April 30, 2006.

    IT IS SO STIPULATED.

DATED:  March 9, 2006                                  */s/ Geri Lynn Green*
                                                                               GERI LYNN GREEN,
                                                                               Attorney for Plaintiff

    IT IS SO STIPULATED.

DATED:  March 9, 2006                                  */s/ William D. Johnson*
                                                                               WILLIAM D. JOHNSON,
                                                                               Attorney for Defendants

    Good cause appearing, IT IS HEREBY ORDERED that the stay of execution in the above-entitled action against defendants San Joaquin County, Baxter Dunn, and Robert Hart, M.D. be extended until April 30, 2006.

DATED:  March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com