IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELLA SHAW, individually and as a representative of the ESTATE OF MAURICE SHAW,<br><br>    Plaintiffs,<br><br>    v.<br><br>SAN JOAQUIN COUNTY, a municipality; et al.<br><br>    Defendants. | Case No.: 2:01-cv-1668 MCE PAN<br><br>**ORDER CONTINUING DATE FOR FILING OF ATTORNEY'S FEE PETITION AND BRIEFING SCHEDULE** |

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, the time for Plaintiff's motion for an award of attorney's fees under Local Rule 54-193(a) and Federal Rule of Civil Procedure 54(d)(2)(B) is extended by order of the Court to April 3, 2006.  The Plaintiff's motion shall be briefed and heard according to the following schedule:

///

///

///

///

///

///

1

| | |
|---|---|
| 1 | Plaintiff's Motion Due:......................:............................April 3, 2006 |
| 2 | Opposition or Statement of Non-Opposition Due:...........April 24, 2006 |
| 3 | Plaintiffs' Reply Due:....................................................... May 10, 2006 |
| 4 | Hearing:............................................................................ May 22, 2006 |

Dated: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2