UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERDELLA SHAW, individually and as a ) Case No. 2:01-cv-1668 MCE PAN
representative of the ESTATE OF )
MAURICE SHAW, )
                                     )
        Plaintiff,                   )
                                     ) **ORDER RE MOTION FOR**
vs.                                  ) **REASONABLE ATTORNEYS'**
                                     ) **FEES AND EXPENSES**
                                     )
SAN JOAQUIN COUNTY, a municipality,  )
et al.,                              )
                                     )
        Defendants.                  )
_____ )

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the Court

hereby VACATES its March 16, 2006 "Order Continuing Date For Filing Attorney's Fee

Petition and Briefing Schedule."  Plaintiff will file her attorney's fee petition within 30 days

after entry of this Court's orders ruling on the post-trial motions.

IT IS SO ORDERED.

Dated:  March 30, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE