| | |
|---|---|
| 1 | Geri Lynn Green, Bar No. 127709 |
| 2 | LAW OFFICES OF GERI LYNN GREEN |
|   | 5214-F Diamond Heights Blvd., #332 |
| 3 | San Francisco, CA  94131-2175 |
|   | Telephone:  (415) 575-3235 |
| 4 | Facsimile:  (415) 648-7648 |

Attorneys for Plaintiff
VERDELLA SHAW

William Johnson, Bar No. 76909
Law Office of William Johnson
6 El Dorado South, Suite 600
Stockton, CA  95202

OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
Courthouse—Room 711
222 East Weber Ave.
Stockton, CA  95202-2777

Attorneys for Defendants
SAN JOAQUIN COUNTY, BAXTER DUNN,
ROBERT HART, M.D.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELLA SHAW, individually and as a representative of the ESTATE OF MAURICE SHAW, | ) Case No. 2:01-cv-1668 MCE PAN ) |
| Plaintiff, | ) **STIPULATION AND ORDER RE OPPOSITION TO POST TRIAL MOITONS** ) ) |
| vs. | ) ) |
| SAN JOAQUIN COUNTY, a municipality, et al., | ) ) ) |
| Defendants. | ) ) |

PDF created with pdfFactory trial version www.pdffactory.com

PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. As a result of a confusion in the reading of the local rules concerning e-filing, service procedures and requirements, and the time calculations for filing, Plaintiff's counsel, Geri Green inquired of the clerk's office as to the proper timing and procedures when e-filing an opposition.

2. On March 31, 2006, Geri Green received the following information from Michele Krueger, Generalist Clerk for the U.S. District Court, Eastern District of California: "Electronic service is the same as if you mailed the opposition.  So the same rules that apply to "mailing" a document in terms of time, apply to electronic service.   E-filing is the same a personal service when you are calculating time."

3. Following the interpretation of the clerk, Geri Green, e-filed her opposition to the post trial motions on April 3, 2006, 14 days before the hearing date of April 17, 2006.

4. Counsel for Defendants, William Johnson, did not agree with this interpretation based on the language in Local Rule 78-230 and asked for three additional days to file his reply.  In order to accomplish that, it will be necessary for the court to receive the reply brief with on the Saturday before the hearing date of April 17th.

5. Plaintiff will agree to stipulate to Defendant's request of three additional days in light of the confusion. However, she does not wish to compromise the court's ability to review the briefing.

6. Accordingly, it is stipulated to give Defendant three additional days with which to respond to the opposition to the post-trial motions and continue the hearing date to May 1, 2006

7. For all of the reasons stated above, the Parties hereby stipulate that Plaintiff may file her opposition to the post-trial motions motion on April 3, 2006, Defendants may file their Reply on April 15, 2006 and the hearing date on the motions may be continued to May 1, 2006, pursuant to Civ. L.R. 54-293(a).

IT IS SO STIPULATED.

1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Date: April __, 2006 | LAW OFFICES OF GERI LYNN GREEN |
| 2 | | S/ Geri Lynn Green |
| 3 | | Attorney for Plaintiff, Verdella Shaw |
| 4 | Date: April __, 2006 | SAN JOAQUIN COUNTY COUNSEL |
| 5 | | S/ Quendrith Leigh Macedo |
| 6 | | Deputy County Counsel |
| 7 | Date: April __, 2006 | LAW OFFICE OF WILLIAM JOHNSON |
| 8 | | S/ William Johnson |
| 9 | | Attorneys for Defendants SAN JOAQUIN COUNTY, BAXTER DUNN, PAUL AND ROBERT HART M.D. |

2

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELLA SHAW, individually and as a representative of the ESTATE OF MAURICE SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, a municipality, et al.,<br><br>    Defendants. | Case No. 2:01-cv-1668 MCE PAN<br><br>**ORDER RE POST-TRIAL MOTIONS** |

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the Court hereby ORDERS Plaintiff may file her opposition to the post-trial motions motion on April 3, 2006, Defendants may file their Reply on April 15, 2006 and the hearing date on the motions may be continued to May 1, 2006.

IT IS SO ORDERED.

Dated: April 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3