OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
QUENDRITH L. MACEDO, CSB #179167
Deputy County Counsel
GILBERTO GUTIERREZ, CSB #85795
Litigation Deputy
Courthouse – Room 711
222 East Weber Avenue
Stockton, California  95202
Telephone: (209) 468-2980

WILLIAM D. JOHNSON, SBN #76909
A PROFESSIONAL LAW CORPORATION
6 South El Dorado Street, Suite 600
Stockton, California  95202
Telephone: (209) 466-7745
Facsimile: (209) 466-7798
Email: bill@wdjlaw.com

Attorneys for Defendants:
COUNTY OF SAN JOAQUIN, SAN
JOAQUIN COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDELLA SHAW individually and as representative of the ESTATE OF MAURICE SHAW,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, et al.<br><br>Defendants. | **CASE NO. CIV S-01-1668 DFL-PAN**<br><br>**STIPULATION AND ORDER FOR FURTHER STAY OF EXECUTION OF JUDGMENT** |

Plaintiff and defendants, by and through their counsel of record, hereby stipulate and agree as follows:

///

1. The parties having previously stipulated and the court, having previously ordered a stay of execution in the above-entitled action against defendants San Joaquin County, Baxter Dunn, and Robert Hart, M.D. until April 30, 2006; and

2. The court having ordered that the defendants' motion for judgment as a matter of law and motion for new trial be continued for hearing until May 1, 2006;

3. The parties have stipulated and the court has ordered that the plaintiff's motion for attorney's fees in this action may be filed within 30 days after entry of the court's rulings on the post-trial motions pursuant to civil local rule 54-293(a).

IT IS HEREBY STIPULATED by and between the parties that the defendants agree to continue all terms and conditions in the court's Order of March 15, 2006 regarding the previous stay of execution granted. Therefore the parties, by and through their counsel, stipulate that the stay of execution in this matter against San Joaquin County, Baxter Dunn and Robert Hart, M.D. shall be in force for 30 days after the court's entry of orders ruling on the post-trial motions pursuant to civil local rule 54-293(a).

IT IS SO STIPULATED.

DATED: __April 27, 2006__        ___/s/ Geri Lynn Green___
                                  GERI LYNN GREEN,
                                  Attorney for Plaintiff
                                  Verdella Shaw

IT IS SO STIPULATED.

DATED: __April 27, 2006__        ___/s/ William D. Johnson___
                                  WILLIAM D. JOHNSON,
                                  Attorney for Defendants
                                  San Joaquin County, Baxter Dunn
                                  and Robert Hart, M.D.

///

///

///

////


**ORDER**

Pursuant to stipulation and good cause appearing, the court hereby extends the stay of execution on behalf of San Joaquin County, Baxter Dunn, and Robert Hart, M.D. until 30 days after entry of this court's ruling on the post-trial motions

IT IS SO ORDERED.

DATED: May 9, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE