UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VERDELLA SHAW, individually
and as a representative of the
ESTATE OF MAURICE SHAW,

         No. 2:01-cv-1668-MCE-PAN

       Plaintiff,

   v.

         ORDER TAXING COSTS

SAN JOAQUIN COUNTY, a
municipality; et al.,

      Defendants.

----oo0oo----

Having read and considered Plaintiff's proposed Bill of Costs, submitted on or about March 9, 2006, along with its supporting documentation, together with Defendants' objections thereto and Plaintiff's response to said objections, and good cause appearing therefor, the Court adopts Plaintiff's proposed Bill of Costs, subject to the following modifications:

//

//

//

//

1

1) permissible witness fees shall be reduced from $2,333.09 to $2,282.87; 2) fees for exemplification and copying of papers are reduced from $6,665.23 to $6,546.37; and 3) "other costs" are reduced from $3,323.92 to $1,073.92.  Total allowable costs are hence taxed against Defendants in the amount of $20,630.59 and are included in the judgment in Plaintiff's favor.

     IT IS SO ORDERED.

DATED: June 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE