```
 1 │ OFFICE OF THE COUNTY COUNSEL
   │ County of San Joaquin
 2 │ QUENDRITH L. MACEDO, CSB #179167
   │ Deputy County Counsel
 3 │ Courthouse - Room 711
   │ 222 East Weber Avenue
 4 │ Stockton, California 95202
   │ Telephone: (209) 468-2980
 5 │
   │ WILLIAM D. JOHNSON, CSB# 76909
 6 │ A PROFESSIONAL LAW CORPORATION
   │ 6 El Dorado South, Suite 600
 7 │ Stockton, California 95202
   │ Telephone:  (209) 466-7745
 8 │ Facsimile:  (209) 466-7798
```

9  Attorneys for Defendants:
10       SAN JOAQUIN COUNTY, a municipality; BAXTER DUNN, individually and in his official capacity as Sheriff of San Joaquin County; PAUL COOPER, individually and in his former official capacity as Assistant Sheriff of San Joaquin County in charge of custody; STAN HEIN individually and in his official capacity as Custody Captain for the Sheriff of San Joaquin County; BRUCE NICKOLS, M.D., individually and in his former official capacity as Director for Correctional Health Care for the San Joaquin County Jail; MARILYN KIRCHUBEL, individually and in her official capacity as present Director of Correctional Health for San Joaquin County; BRUCE HOPPERSTEIN individually and in his official capacity as Director of the San Joaquin County Mental Health Services; TOM MOORE, individually and in his official capacity as Forensic Mental Health Coordinator for Correctional Health at the San Joaquin County Jail; KIMBERLY McCLEARY, individually and in her official capacity as San Joaquin County Sheriff's Deputy; ROBERT HART, M.D., individually and in his official capacity as Chief Psychiatrist for Correctional Health at the San Joaquin County Jail; ELI TAPIA, individually and in his official capacity as a Correctional Health Services Psychiatric Technician

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERDELLA SHAW individually and as representative of the ESTATE OF MAURICE SHAW,<br><br>           Plaintiffs,<br><br>vs.<br><br>SAN JOAQUIN COUNTY, a municipality; BAXTER DUNN, individually and in his official capacity as Sheriff of San Joaquin County; PAUL COOPER, individually and in his former official capacity as Assistant Sheriff of San Joaquin County in charge of custody; STAN HEIN, | **CASE NO. CIV S-01-1668 DFL-PAN**<br><br>**STIPULATION AND ORDER OF ATTORNEYS FEES** |

individually and in his official capacity as Custody Captain for the Sheriff of San Joaquin County; BRUCE NICKOLS, M.D., individually and in his former official capacity as Director for Correctional Health Care for the San Joaquin County Jail; MARILYN KIRCHUBEL, individually and in her official capacity as present Director of Correctional Health for San Joaquin County; BRUCE HOPPERSTEIN individually and in his official capacity as Director of the San Joaquin County Mental Health Services; TOM MOORE, individually and in his official capacity as Forensic Mental Health Coordinator for Correctional Health at the San Joaquin County Jail; KIMBERLY McCLEARY individually and in her official capacity as San Joaquin County Sheriff's Deputy; ROBERT HART, M.D., individually and in his official capacity as Chief Psychiatrist for Correctional Health at the San Joaquin County Jail;  ELI TAPIA, individually and in his official capacity as a Correctional Health Services Psychiatric Technician,

Defendants.

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the total agreed upon award of attorneys fees in the above captioned matter shall be $1,127,935.00, to include all interest and costs.

Defendants agree to pay the amounts due under this Order no later than fourteen days from the date of execution of this Order. Interest shall accrue on any amounts not paid fourteen days from the date of entry of judgment hereon, at the rate set forth in 28 U.S.C. §§ 1961.

It is further stipulated that Plaintiff Verdella Shaw's Motion for Reasonable Attorneys' Fees and Expenses is hereby withdrawn.

DATED: July 3, 2006                    OFFICE OF THE COUNTY COUNSEL

                                       By: /s/ QUENDRITH L. MACEDO
                                           QUENDRITH L. MACEDO
                                           Deputy County Counsel

                                       Attorneys for Defendants,
                                       COUNTY OF SAN JOAQUIN, et al.

DATED: July 3, 2006

/s/ GERI LYNN GREEN
GERI LYNN GREEN

Attorneys for Plaintiff,
VERDELLA SHAW

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, it is hereby ordered and adjudged that Plaintiff is awarded $1,127,935.00 in reasonable attorneys' fees and costs. Defendants shall pay the full amount of $1,127,935.00 no later than fourteen days from the date of execution of this order. Payment shall be made by check made payable to GERI LYNN GREEN. On any amount unpaid after fourteen days from the date of entry of judgment hereon, interest shall accrue at the rate set forth in 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

DATED: July 5, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3